IN RE REVOCATION OF LICENSE TO PRACTICE MEDICINE OF GOTTFRIED SCHMIDT.
MINNESOTA STATE BOARD OF MEDICAL EXAMINERS v. GOTTFRIED SCHMIDT.[1]

July 19, 1940.

No. 32,653.

John C. Zehnder and Ray E. Lane, for appellant.

J. A. A. Burnquist, Attorney General, John A. Weeks, Assistant Attorney General, and F. Manley Brist, for respondent.

PER CURIAM.

Appeal from a judgment. The case was here before and our opinion filed May 17, 1940. 207 Minn. 526, 292 N. W. 255. For the reasons given in the previous opinion and upon authority of that opinion, the judgment appealed from is affirmed.

[1]Reported in 292 N. W. 257.